■ ROSIA B. CARLISLE, as Administratrix of the Estate of WILLIE C. CARLISLE, Deceased, Respondent, v COUNTY OF NAS-

sau, Appellant.—In an action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Nassau County (Lockman, J.), dated September 11, 1984, which granted plaintiff's motion to amend the complaint to add a cause of action for wrongful death.

Order affirmed, with costs.

Special Term did not abuse its discretion in granting the motion. Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.